AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   4-10-70223 MAG |
| | ) | |
| Brandon Hutch Porter | ) | Charging District:   Western District of Texas |
| *Defendant* | ) | Charging District's Case No.   MO-10:CR-0066 |

**FILED MAR 30 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>Western District of Texas<br>Magistrate Judge David Counts<br>200 East Wall Street<br>Midland, Texas 79701 | Courtroom No.:  First Floor |
|---|---|---|
| | | Date and Time:  April 5, 2010 at 11:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   March 30, 2010

*Judge's signature*

Laurel Beeler, United States Magistrate Judge
*Printed name and title*